U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/19/2000    TIME: 9:30 AM

**DEFT.** RONALD ~~ARTHUR~~ COXE  (J) ✓    **CASE NO.** 00-5162-AEV

**AUSA.** DONALD CHASE ✓    **ATTY.** FPD - Dave Brannon

**AGENT.** DEA    **VIOL.** 21:841(a)(1), 846

**PROCEEDING** INITIAL HEARING    **BOND.** PTD (REQUESTED BY GOVT)

**DISPOSITION** Initial held

Deft present - sworn/test

Complaint read to deft & advised of his rights

Arraignment set for Monday, 7-31-00 @ 10:00 AM

before Judge Johnson.

Court questions deff, finds him Partially Indigent

& appoints FPD.

Deft is ordered to pay a total sum of $2000.00

into Courts Treasury in 60 days.

Detention hearing set for Monday, 7-24-00

@ 10:00 AM before Judge Johnson.

DATE: 7-19-00    TAPE: AEV 00-49-1154

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

ROBERT ESKIN

## WARRANT FOR ARREST

CASE NUMBER: 00-4179-SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT ESKIN__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) possess with the intent to distribute marijuana, a Schedule I controlled substance, and conspire to do the same,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

7/19/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pretrial Detention Requested_

by _Lurana S. Snow_, United States Magistrate Judge
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ROBERT ESKIN

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: November 29, 1947

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DEA-FORT LAUDERDALE

S/A TOM MASTERS