**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-5162-AEV__

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Defendant.

**RONALD COXE** _____ /

ORDER ON INITIAL APPEARANCE

Language __**ENGLISH**__

Tape No. **AEV 00-49-1154**

AUSA __**DONALD CHASE**__

Agent __**DEA**__

The above-named defendant having been arrested on ____**7-18-00**____, having appeared before the court for initial appearance on ____**7-19-00**____, and proceedings having been held in accordance with *F.R.C.P.* 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

    Address: _____

    Zip Code: _____ Telephone: _____

2. __**FEDERAL PUBLIC DEFENDER-DAVE BRANNON**__ appointed as permanent counsel of record.

    Address: ____**WPB, FL.**____

    Zip Code: _____ Telephone: ____**561-833-6288**____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ 19___.

4. Arraignment/~~PRELIMINARY/REMOVAL/IDENTITY~~ hearing is set for __**MONDAY, 7-31-00 @ 10:00 AM**__ BEFORE __**JUDGE JOHNSON**__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because ____**COURT ORDERED**____.

    A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __**MONDAY, 7-24-00 @ 10:00 AM**__ BEFORE __**JUDGE JOHNSON**__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

SD/F M-1
Rev.12/95

USA VS   RONALD COXE
00-51C_-AEV

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set: At Arrest        ____ ____

On Warrant     ____ _____

After hearing ____ _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at    __**WPB**_____ , this __**19**__ day of _____**JULY**_____ **xxx** 2000.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U. S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.7/90

—2—

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   :

v.   :

Robert Eskin   :   CASE NO. 00-4479 Snow

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW _NEAL R. Lewis_ and

files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed) _NEAL R. Lewis_

Counsel's Signature _Neal R. Lewis_

Address _9130 S. Dadeland Blvd. 1609_
_Miami, Fl_   Zip Code: _33156_

Telephone _(305) 254-2289_