
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5162-AEV



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD COXE,

    Defendant.
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006 A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the total sum of __$2000.00__ due in sixty (60) days from today's date.

The payment shall be sent, along with a copy of this order, to the Clerk of the Court, for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. Section 3006A(f). Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate,



pursuant to 18 U.S.C. Section 3006A(c).

It is further **ORDERED** that a Status Conference on reimbursement shall be held on MONDAY, OCTOBER 2, _____ 2000 _____ at _9:30_____ a.m.. before Magistrate Judge Ann E. Vitunac, in West Palm Beach, Florida. This hearing may be canceled upon advance notification to the magistrate Judge's Courtroom Deputy that payment(s) has (have) been met and is (are) current pursuant to payment schedule. If no notification has been made, or if payment(s) is (are) delinquent, both defense counsel and the defendant are required at the hearing.

*19 July 2000*

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

c: Dave Brannon, AFPD
    U.S. Attorney (Donald Chase)
    U.S. Marshal
    U.S. Pretrial Service
    Clerk of Court, Financial Section, Miami

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 37570-066

UNITED STATES OF AMERICA )
            Plaintiff  ) Case Number: CR 00-4179-Sn(w)
                       ) REPORT COMMENCING CRIMINAL
      -vs-             )             ACTION
                       )
Eskin, Robert Irving   )
            Defendant

TO: Clerk's Office   MIAMI   /FT. LAUDERDALE/   W. PALM BEACH
    U.S. District Court       (circle one)

FILED by JUL 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-19-00           am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Consp man.l

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 11-29-47

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FLA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD req.
Who set Bond:  Snow

(7) Remarks: _____

(8) Date: 7-20-00    (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____