## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/24/00  TIME: 10:00 AM

DEFT. RONALD COXE (J)  CASE NO. 00-5162-VITUNAC

AUSA. DONALD CHASE  ATTY. *Robin Rosen for.* DAVE BRANNON - AFPD

AGENT. DEA  VIOL. 21:841 (a)(1), 846

PROCEEDING PRETRIAL DETENTION  BOND. TEMP PTD

DISPOSITION Arraign set 7/31/00 @ 10:00 A.M.

Defendant stipulated to Pretrial Detention. Pretrial Detention issue may be revisited. Court hereby substitutes an order for Judge Vitunac's requiring defendant to pay $10,000 in Treasury of Court instead of $2000.

DATE: 7/24/00.  TAPE: LRJ-00- 62-28