# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR __00-5162-AEV.__ |
| Plaintiff ) | |
| ) | |
| -vs- ) | REPORT COMMENCING CRIMINAL |
| ) | ACTION |
| __Ronald Arthur Coxe__ ) | |
| Defendant | __17982-004__ |

*********************************************************************

TO: CLERK'S OFFICE     MIAMI     FT. LAUDERDALE     (W. PALM BEACH)
U.S. DISTRICT COURT                    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: __7/18/2000__     __10:10__   a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: __English__

(3) OFFENSE(S) CHARGED: __Possession w/intent to to dist.__
__Marijuana__

(4) UNITED STATES CITIZEN:    (✗)YES     ( )NO     ( )UNKNOWN

(5) DATE OF BIRTH: __7/3/1946__

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
[ ] INDICTMENT     [✗] COMPLAINT     CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: __7/18/2000__   (9) ARRESTING OFFICER __TFO Phil Dorfman__

(10) AGENCY __DEA__     (11) PHONE # __954-489-1820__

(12) COMMENTS _____