DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6199  **CR - FERGUSON**

21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD COXE, | ) |
| STEPHEN CLARK, and | ) |
| ROBERT ESKIN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |



FILED by _____ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 5, 2000, and continuing to on or about July 18, 2000, at Broward and Palm Beach Counties, in the Southern District of the Florida, and elsewhere, the defendants,

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

2

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about July 18, 2000, at Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

> RONALD COXE,
> STEPHEN CLARKE, and
> ROBERT ESKIN,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_[signature]_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)      Yes ____   No ____
Number of New Defendants  ____
Total number of counts    ____

___ Miami  ___ Key West
_X_ FTL    ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _NO_
   List language and/or dialect  _ENGLISH_

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_         Petty      ____
   II   6 to 10 days      ____        Minor      ____
   III  11 to 20 days     ____        Misdem.    ____
   IV   21 to 60 days     ____        Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No. _00-5162-AEV; 00-4179-SNOW_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _JULY 18, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    DONALD F. CHASE, II
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5500077

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name:  __RONALD COXE__               No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana

21 U.S.C. §846

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine.


Count #: II

Possession with the Intent to Distribute Marijuana

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __ROBERT ESKIN_____    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana.
21 U.S.C. §846
*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine.


Count #: II
Possession with the Intent to Distribute Marijuana   .
21 U.S.C. §841(a)(1)
*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  __STEPHEN CLARK_____    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana._____

21 U.S.C. §846_____

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine._____


Count #: II
Possess with the Intent to Distribute Marijuana       ._____

21 U.S.C. §841(a)(1)_____

*Max Penalty: 20 years' imprisonment; $1,000,000 fine._____


Count #:


*Max Penalty:_____


Count #:



*Max Penalty:_____


*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96