# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/31/00  TIME: 10:00 AM

**DEFT.** RONALD COXE (J)  **CASE NO.** 00-6199-CR-FERGUSON

**AUSA.** DONALD CHASE  *Karen Atkinson fr.*  **ATTY.** FEDERAL PUBLIC DEFENDER  *Robin Rosen fr.*

**AGENT.** THOMAS D. MASTERS - DEA   PWID MARIJUANA
**VIOL.** 21:841(a)(1), 846

**PROCEEDING** ARRAIGNMENT    **BOND.** STIPULATED PTD

**DISPOSITION** Status Conf set 8/31/00 in Fort Lauderdale

Reading of Indictment Waived  *Deft arraigned.*
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

DATE: 7/31/00.    TAPE: LRJ-00- 64-1986.

14