UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

RONALD COXE,
        Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**  Jail No.:_____

Language: ENGLISH

Address:_____

_____

Tel. No:_____

**Defense Counsel:**  Name  :  FEDERAL PUBLIC DEFENDER

Address:  400 AUSTRALIAN AVENUE NORTH

WEST PALM BEACH, FL 33401

Tel. No:  561-833-6288

**Bond Set/Continued:**  $ STIP PTD

Dated this  31st  day of  July , 2000.

CLARENCE MADDOX, CLERK

BY_____
    Deputy Clerk

TAPE NO. LRJ-00 - 64
DIGITAL START NO. 1586.

16