UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6199-CR-Ferguson
CASE NO. 00-5162-VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RONALD COXE,

Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on July 24, 2000 for a Pretrial Detention hearing.. The Court being fully advised regarding the Defendant's assets, it is hereby

**ORDERED AND ADJUDGED** that the Defendant shall deposit the sum of $10,000 instead of $2,000 as previously ordered (DE #6) by Judge Vitunac, in the Treasury of the Court.

**DONE AND ORDERED** at West Palm Beach, Florida, this 31st day of July, 2000.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Donald Chase, AUSA
Dave Brannon, AFPD
U.S. Pretrial Services
Clerk of Court, Financial Section.