UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

CASE NO.: 00-6199-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RONALD COXE, STEPHEN CLARKE | ) |
| and ROBERT ESKIN, | ) |
| | ) |
| Defendants. | ) |



## NOTICE OF APPEARANCE AS TRIAL COUNSEL

The law firm of SIMON, SCHINDLER & SANDBERG, P.A., through undersigned counsel, NEAL L. SANDBERG, ESQUIRE, herewith enters his appearance as counsel for the Defendant, **RONALD COXE**, in the above-styled cause effective this date through trial.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to Donald Chase, Esq., Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, Thomas Garland, Esquire at 1541 SE Port St. Lucie Boulevard, Port St. Lucie, Florida 34952 and Neal Lewis, Esquire at 9130 South Dadeland Boulevard, Miami, Florida 33156 on this 30 day of August, 2000.

SIMON, SCHINDLER & SANDBERG, P.A.
Attorneys for Defendant, RONALD COXE
2650 Biscayne Boulevard
Miami, Florida 33137
Telephone: 305-576-1300
Facsimile: 305-576-1331

By: _____
NEAL L. SANDBERG, ESQUIRE
FLORIDA BAR NO.:268224