DEFT: Ronald Coxe (no deft)          CASE NO: 00-6199-CR-Ferguson
AUSA: Don Chase / Robin Rosenbaum    ATTNY: FPD / Neal Sandberg
AGENT: _____                        VIOL: _____
PROCEEDING: Status Conference        BOND REC: _____
BOND HEARING HELD - yes/no           COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by _____ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Atty Sandberg is filing notice of appearance
Most discovery out
except for tape
transcripts
4 days to try
Govt ready

(FPD to file mot. + order to withdraw)

J-request add'l 10 days for motions - Granted

NEXT COURT APPEARANCE:   DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 8-31-00    TIME: 11:00am    TAPE # 00-069  PG # 2
                                              1794-2049    36