UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RONALD ARTHUR COXE,
    Defendant.
_____/

### MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that the appointment as counsel for the Defendant, Ronald Coxe, be terminated as the Defendant has retained Neal L. Sandberg, Esq., 2650 Biscayne Blvd., Miami, FL 33137, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this 31st Day of August, 2000, to Donald Chase Assistant United States Attorney, at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301; and Neal Sandberg, Esq., 2650 Biscayne Blvd., Miami, FL 33137.

_____
Daryl E. Wilcox