UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

RONALD COXE,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 31, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order with the exception of certain transcripts of audio tapes. The Government further informed the Court that no motions are currently pending. The Government is ready to proceed and anticipates that this matter will require four days to try.

2.    Private defense counsel filed a Notice of Appearance on August 30, 2000.

1



Accordingly, he requested, and was granted, ten additional days within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this 31st day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

Neal Sandberg, Esquire
Simon Schindler & Sandberg
2650 Biscayne Boulevard
Miami, Florida 33137-4531
Attorney for Defendant