UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

v.

RONALD ARTHUR COXE,
Defendant.
_____/

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Ronald Coxe, has retained, Neal Sandberg, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and they are relieved of further duties in this cause.

DONE AND ORDERED this 20th day of September, 2000 at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Daryl E. Wilcox, AFPD
Donald Chase, AUSA
Neal L. Sandberg, Esq.