DEFT: Ronald Coxe (J)#  
CASE NO: 00-6199-CR-Ferguson (s)

AUSA: Don Chase / Thompson  
ATTNY: Neal Sandberg  present

AGENT:  
VIOL:

PROCEEDING: Arraignment on SS Indictment  
BOND REC:

BOND HEARING HELD - yes/no  
COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived  
Not guilty plea entered  
[jury trial] demanded  
[Standing Discovery] Order requested

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:

INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL: 10/10   11:00am   SNOW
STATUS CONFERENCE:  
DATE: 9-25-00   TIME: 11:00am   TAPE # 00-072   PG # 2350-2474

50