HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RONALD COXE_____ CASE NO: __00-6199-CR-FERGUSON(s)__

AUSA __DON CHASE / Finnigan____ ATTY __NEAL SANDBERG pres__

THOMAS GARLAND, ESQ. for STEPHEN CLARK
not present - has divc - possible plea

00-051
@47

DEFT __transcripts to H__ CASE NO: _____

AUSA __filed by 10/24__ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __10/10/00_____ TIME __11:00__

55