UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)
)
    v. )
)
)
RONALD COXE, and )
STEPHEN CLARK )
)
)
           Defendants. )
_____)

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion to continue the trial set for the two week period beginning on November 6, 2000 for the following reasons:

1. The undersigned prosecutor has been ill since September 9, 2000 and absent from the office because of gastro-intestinal problems and internal bleeding. The undersigned prosecutor has been tested repeatedly, medicated, and remains under the treatment of three physicians. The undersigned prosecutor is scheduled for tests at the hospital and appointments on November 2, 2000, November 7, 2000 and November 9, 2000.

2. The undersigned prosecutor's mother-in-law has been diagnosed with cancer in her pancreas and liver. Attempts to treat her condition locally have failed and doctors have advised that her life expectancy is about 30 days. The undersigned prosecutor's



family is currently in Mexico seeking treatments not available in the United States for cancer victims. The undersigned prosecutor is the father of a four and two year old. The undersigned prosecutor is attempting to clear his schedule for the month of November so he can be free to travel, if medically cleared, at a moment's notice to provide emotional support to his wife and care for his children.

3.   The undersigned prosecutor was unable to speak to counsel for the defendants about the reasons for this motion to continue prior to filing the same.

Wherefore, for the foregoing reasons, the United States of America requests a continuance of the trial for 30 days.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

By: _____ for

                          DONALD F. CHASE, II
                          ASSISTANT UNITED STATES ATTORNEY
                          Court No. A5500077
                          500 East Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida
                          Tel. (954) 356-7255
                          Fax. (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of October 2000 to counsel of record.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY