UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
      Plaintiff,
Vs.

Case No. 00-6199-CR-FERGUSON

RONALD COXE, and
STEPHEN CLARK,
      Defendants.
_____/

### ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by the government, on October 27, 2000. The Court having considered the motion and advise by counsel for the defendants' that they do not oppose such motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **December 18, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, December 11, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the government reasonable time necessary for effective preparation for trial, because of a prolonged illness outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (10/27/00 to 12/18/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 16th day of NOVEMBER 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies: Donald Chase, AUSA Neal Sandberg, Esq and Thomas Garland, Esq