-cr-06199-WDF    Document 62    Entered on FLSD Docket 11/21/2000    F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| RONALD COXE, | ) |
| STEPHEN CLARK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO STANDING DISCOVERY ORDER

The United States files this response to the supplemental Standing Discovery Order

issued in this case. This supplemental response is numbered to correspond to that Order.

A.  5.  Transcripts of the following: 7/17/00 telephone calls; 7/18/00 5:34 pm telephone conversation; 7/18/00 4:43 pm telephone conversation; 7/18/00 4:33 pm and 5:34 pm telephone calls; 7/7/00 5:58 pm telephone conversation; 7/7/00 3:53 pm telephone conversation; 7/7/00 11:56 am telephone conversation; 7/6/00 10:07 am telephone conversation; 7/6/00 4:50 pm telephone conversation; 7/6/00 10:15, 1:59 pm telephone conversation; 7/4/00 12 pm telephone conversation; 7/10/00 5:55 pm telephone conversation; 7/8/00 5:15 pm telephone conversation; 7/10/00 10:45 am telephone conversation; 6/21/00 8:50 am telephone conversation; 6/29/00 meeting transcript; 6/18/00 11:40 am telephone conversation; 6/23/00 11:24 am telephone conversation; 6/23/00 11:24 am telephone conversation; 7/19/00 2:47 pm telephone conversation; 3 page DEA-6 regarding seizure of $160,000 from Mark Wortman; copy of 17 page fax sent to attorney Tom Garland on 9/28/00; 3 page BSO report dated 8/22/00; 1/30/99 boat sales receipt from Bass Pro Shops Outdoor World in the name of Stephen Clark; Colorado drivers license issued to Stephen Clark; State of Florida motorboat application for certification of title in the name of Stephen Clark listing a Colorado Dossier Re: Stephen Clark; print-out of vehicles registered to Stephen Clark in Colorado; 4/7/99 contract for Robert Eskin purchase of an 18' Tracker Sportsman for



        a total price of $1,791.40; receipt for $1,791.40; State of Colorado drivers license issued to Robert Eskin; 2 lab reports regarding marijuana delivered on 8/22/00 to Mark Wortman; and calculations of weight of marijuana delivered to Mark Wortman on 8/22/00.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

H.      The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

        The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

        In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Date: July 18, 2000
        Place: Southern Self Storage, 8452 West Okeechobee Boulevard, West Palm Beach, Florida

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By:        _____
        DONALD F. CHASE, II
        ASSISTANT UNITED STATES ATTORNEY
        Court No. A5500077
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33394
        Tel: (954) 356-7255
        Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 20th day of November 2000 to Neal Sandberg, Esq., 2650 Biscayne Boulevard, Miami, Florida 33137-4590; and Thomas Garland, Esq., 1541 SE Port St. Lucie Boulevard, Port St. Lucie, FL 34952.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY