UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

CASE NO.: 00-6199-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| RONALD COXE, | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABILITY

PLEASE BE ADVISED that the undersigned will be traveling outside of the United States and unavailable for proceedings between February 19, 2001 and March 5, 2001. It is respectfully requested that no matters be set and no action be taken in the above styled case during said period of absence from the jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to Donald Chase, Esq., Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Thomas Garland, Esquire at 1541 SE Port St. Lucie Boulevard, Port St. Lucie, Florida 34952 on this 23 day of January, 2001.

Simon Schindler & Sandberg, PA
Attorneys for Defendant
2650 Biscayne Boulevard
Miami, Florida 33137 - 4590
305 - 576 - 1300

By: _____
NEAL L. SANDBERG
Florida Bar No.: 268224

