SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAY 1

CASE # 00-6199-CR-W/F

DEFENDANT Kerald Chase

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE May 1, 2001

Court Reporter ~~Paul Haferling~~ Dick Strind

USPO D. Webb

AUSA Kerald Chase

Deft's Counsel Neal Sonnberg

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear – Warrant to be Issued – Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment   Years   Months 63   Counts 1

Supervised Release 4 yrs   (see J.C. for details)

Probation   Years   Months   Counts

Comments _____

Assessment $ 100.00        Fine $ 2,500.00

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

81
83