DEFENDANT: **RONALD COXE, (J) 17982-004**
CASE NUMBER: 0:00CR06199-001

00-6199-CR-FERGUSON Jr.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **63 month(s)**.

*As to count one of the superseding indictment.*

FILED by JTAKE
01 AUG 10 PM 3:23
CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA - MIA

D C

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  7-10-01  to  FCI
at _____ ✓ with a certified copy of this judgment.

S. Clark, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal